# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JOHN P. ROGERS, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION 09-00368-WS-B |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 26, 2010 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 4th day of August, 2010.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE