**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**


| | |
|---|---|
| **JOHN P. ROGERS,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **vs.** | * **CIVIL ACTION 09-00368-WS-B** |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| **Commissioner of** | * |
| **Social Security,** | * |
| | * |
| **Defendant.** | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for disability insurance benefits, be **REVERSED and REMANDED**. Upon remand, the ALJ should explain the weight accorded Dr. Kanwal's opinion regarding Plaintiff's squatting/bending limitation, and to consider whether this limitation impacts Plaintiff ability to perform his past relevant work, or if necessary, any other work which exists in significant numbers in the national economy.

**DONE** and **ORDERED** this the 4th day of August, 2010.


s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**