IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOHN ROGERS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   **CIVIL ACTION 09-00368-WS-B** |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| **Commissioner of** | * |
| **Social Security,** | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), that the award be limited to the EAJA rate of $172.29 per hour, thereby resulting in an award of $1765.97 for 10.25 attorney hours spent representing Plaintiff in connection with this action.

**DONE** and **ORDERED** this the 29th day of December, 2010.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**